**THE TRIAL LAW OFFICES OF
BRADLEY I. KRAMER**
BRADLEY I. KRAMER (SBN 234351)
8840 Wilshire Blvd., Suite 350
Beverly Hills, California 90211
Telephone: (310) 289-2600
Email: bkramer@biklaw.com

**LAW OFFICE OF RAYMOND CHANDLER**
Raymond Chandler (SBN 217827)
15 W. Carrillo Street, Suite 220
Santa Barbara, CA 93101
Telephone (805) 965-1999
Facsimile (805) 962-0722
Email: rdc@rdclawoffice.com

Attorneys for Plaintiff Jiame Calderon
and the following minor children of Jiame Calderon
and Anna Calderon (deceased): Robert Calderon,
Manuel Calderon and Matthew Calderon

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAME CALDERON, an individual;<br>RC, a minor child;<br>MC, a minor child;<br>MC, a minor child,<br><br>    Plaintiffs,<br><br>    v.<br><br>ADANNA IKEDILO, M.D;<br>TULARE REGIONAL MEDICAL CENTER;<br>and DOES 1 through 25, Inclusive,<br><br>    Defendants. | Case No.: _____<br><br>COMPLAINT FOR WRONGFUL DEATH<br><br>(REQUEST FOR TRIAL BY JURY)<br><br>*(Civil Cover Sheet Attached)* |

Plaintiff JIAME CALDERON and the three minor children of JIAME CALDERON and ANA CALDERON (the latter now deceased), RC. MC and MC (collectively "Plaintiffs"), hereby complain and allege against ADANNA IKEDILO, M.D. ("Dr. Ikedilo"), TULARE REGIONAL MEDICAL CENTER ("TRMC") and DOES 1 through 25, inclusive, (collectively "Defendants"), as follows:

<div align="center">JURISDICTION</div>

1.      The events giving rise to the causes of action alleged herein occurred in the State of California, County of Tulare, as that is where Plaintiffs resides, where Defendants do business, and where the relevant incident occurred.

2.      Plaintiffs are informed and believe that Dr. Ikedilo practices medicine at a federally funded medical clinic and TRMC provides hospital services in a federally funded hospital district, and therefore Dr. Ikedilo is an employee of the federal government.  Under 42 U.S.C. 233 and L.R. 102(d) the proper jurisdiction for this action is the Federal District Court for the Eastern Division of California located in the City of Fresno, California.

3.      On July 15, 2016, Plaintiffs filed an administrative tort claim under the Federal Tort Claims Act with the U.S. Department of Health and Human Services (DHHS).

4.      On or about December 16, 2016, Plaintiff received a letter from DHHS denying their tort claim and informing Plaintiffs that a complaint must be filed within six months of that letter.  A copy of the aforesaid DHHS letter is attached hereto as **Exhibit A**.

5.      Local Rule 202(a) provides that in lieu of the appointment of representative or a guardian ad litem, the attorney for the minor may, upon commencement of the action, present "a showing satisfactory to the court that no such appointment is necessary to ensure adequate representation of the minor."

6.      Bradley I Kramer, counsel for all Plaintiffs including the minors, is a medical doctor and an attorney licensed to practice before the courts of the State of California and this District Court, and he has extensive experience in representing minors in medical negligence and wrongful death actions.  (See Declaration of Bradely I. Kramer attached hereto as **Exhibit B**).

7.      Plaintiff Jiame Calderon is the natural and legal father of the three minor Plaintiffs herein and consents to the representation of the minor children by Bradely I. Kramer and Raymond Chandler. (See Declaration of Jiame Calderon with (redacted) birth certificates of minor children attached thereto as **Exhibit C**).

<u>THE PARTIES</u>

8.      At all times mentioned herein Plaintiff Jiame Calderon was an individual residing in the county of Tulare, California.  Jiame Calderon is the husband of the now deceased Anna Calderon and father of the three minor children of Jiame Calderon and Ana Calderon.

9.      At all times herein mentioned herein Plaintiffs Robert Calderon (age 13), Manuel Calderon (age 2) and Matthew Calderon (age 1) were the three minor children of Jiame Calderon and Ana Calderon (now deceased).

10.     Plaintiffs are informed and believe and thereon allege that Dr. Ikedilo is a physician residing and doing business in the County of Tulare, California.

11.     Plaintiffs are informed and believe and thereon allege that TRMC is a hospital located in the County of Tulare, California.

12.     The true names and capacities, whether individual, plural, corporate, partnership, associate, or otherwise, of the defendants named herein as DOES 1 through 25, inclusive, are unknown to Plaintiffs who therefore sue such defendants by such fictitious names.  Plaintiff is informed and believes and thereon alleges that each of the defendants designated herein as

referred to, and negligently, tortiously, and unlawfully, proximately caused injury and damages to Plaintiff as alleged herein.  Plaintiff will seek leave of Court to amend this Complaint to show defendants' true names and capacities after the same have been ascertained.

13.     Plaintiffs are informed and believe and thereon allege that each defendant was the agent and employee of each other defendant, and in doing the things hereinafter alleged, acted within the scope and course of such agency and employment, and that each defendant has ratified and approved the acts of each other defendant.

## GENERAL ALLEGATIONS

14.     On October 13, 2015, Ana Calderon ("Ana"), then age 39, gave birth to her third child with Jiame Calderon at TRMC.  There were no complications and mother and child went home that same day.  Dr. Ikedilo delivered the baby.

15.     On October 14, 2015, Ana returned to TRMC and underwent a bilateral tubal ligation performed by Dr. Ikedlio.  The tubal ligation procedure ended at approximately 11:11 a.m.

16.     According to Dr. Ikeldilo's operative notes, Ana was in "her usual state of good health" when the tubal ligation began and at the end of tubal ligation there was "good" to "excellent" hemostasis at the fallopian tube transections and the total estimated blood loss was 5ml.

17.     Dr. Ikeldilo left the operating room immediately after the tubal ligation was completed.

18.     Within 15 minutes after the tubal ligation was completed, Ana's vital signs began to "crash": her blood pressure fell to approximately 65/35 and her heart rate climbed to 120-130.

19.     Plaintiffs are informed and believe that Dr. Ikedilo negligently transected an

artery during the tubal ligation which caused massive internal bleeding and a life-threatening decrease in oxygen flow to vital organs, including the brain.

20.     On October 14, 2014 at approximately 12:04 p.m., while still in the operating room, Ana suffered her first cardiac arrest (code blue).

21.     During the code, Dr. Ikeldilo was paged to return to the operating room but did not return to the operating room until shortly before 1:00 p.m.

22.     Despite the obvious signs of internal bleeding, exploratory surgery to find the source of and treat the bleeding did not begin until about 1:00 p.m.

23.     The first of two exploratory laparotomies was performed by Dr. Ikedilo from approximately 1:00p.m. to 2:15 p.m. on October 14, 2014.

24.     Plaintiffs are informed and believe that prior to the commencement of the first exploratory laparotomy no blood products were administered.

25.     According to Dr. Ikedilo's operative notes, a left oophorectomy was performed during the first exploratory laparotomy, no arterial sources of bleeding were found and there was excellent hemostasis at the close of the first exploratory laparotomy.

26.     Ana was transferred to the Intensive Care Unit (ICU) after the first exploratory laparotomy.

27.     While in the ICU, Ana's vital signs again began to crash at about 5:15 p.m.  By 5:45 p.m. her blood pressure was approximately 62/36 and her heart rate was elevated.

28.     While in ICU Ana suffered a second cardiac arrest (code blue) at approximately 6:06 p.m.

29.     Ana was taken to the operating room where a second exploratory laparotomy was performed from approximately 6:17p.m. to 8:17 p.m. by Dr. Ikedilo and Dr. Rebecca Zulim.

30.    During the second exploratory laparotomy an arterial source of bleeding was discovered.

31.    Ana never regained consciousness after the tubal ligation and as a result of the internal bleeding, suffered irreversible anoxic brain injury.

32.    On or about October 17, 2014, Ana was transferred to California Pacific Medical Center where she expired shortly thereafter.

33.    As a result of the negligent care provided to Ana Calderon by Dr. Ikedilo and TRMC, Plaintiffs suffered severe physical and mental injuries, loss of support and economic injuries.

<div align="center">

FIRST CAUSE OF ACTION

For Wrongful Death

(All Plaintiffs Against All Defendants)

</div>

34.    Plaintiffs re-allege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

35.    During all periods of time during which Ana Calderon was a patient of Defendants, the Defendants, and each of them, agreed to perform and undertook to perform for Ana Calderon all services necessary to Ana Calderon's care, which included, but was not limited to, examination, evaluation, diagnosis, surgery, care and treatment of Ana Calderon, and in so doing, the Defendants, and each of them, established a relationship with Ana Calderon, giving rise to each Defendant's duty to Ana Calderon to provide skillful management of her health condition.

36.    Defendants and each of them breached their duty to Ana Calderon to provide skillful management of her health condition, including but not limited to examination, diagnosis,

care and treatment of Ana Calderon.

37.     At all times herein mentioned, Defendants and each of them so negligently and carelessly cared for, treated and rendered medical services upon the person and body of Ana Calderon and so negligently and carelessly operated, managed, controlled and conducted their services, activities and supervision in connection with Ana Calderon's care and treatment that as a direct and proximate result thereof Ana Calderon was caused to and did suffer the fatal injuries herein alleged.

38.     During said periods of time herein above alleged, Defendants and each of them, were negligent, careless and unskillful in their management of the health of Ana Calderon, including but not limited to the examination, diagnosis, surgery, care and treatment that were or should have been provided to her.

39.     The negligence of Defendants and each of them, includes but is not limited to the following: performing an act and/or failing to perform an act which placed Ana Calderon into a critical medical condition; failing to properly prevent, recognize, evaluate, or treat Ana Calderon's critical condition in a timely manner; failing to transfer Ana Calderon to an appropriate medical facility in a timely manner; and failing to otherwise treat her medical condition in an appropriate manner.

40.     As a direct and proximate result of the aforesaid negligence, carelessness and unskillfulness of Defendants, and each of them, Ana Calderon suffered grave injuries including pain, suffering and ultimately, death.  Plaintiffs are informed and believe and thereon allege that said death would not have occurred if not for the negligence of Defendants.

41.     As a further direct and proximate result of the aforesaid negligence, carelessness and unskillfulness of Defendants, Plaintiffs suffered, and will in the future continue to suffer

pain, loss of enjoyment of life and other forms of severe mental and emotional distress and anguish. Plaintiffs have been deprived of a kind and loving spouse and parent and of Ana Calderon's care, comfort, society, protection, love, companionship, affection, solace, moral support, physical assistance in the operation and maintenance of the home, and financial support.

42.    As a further direct and legal result of the aforesaid negligence, carelessness and unskillfulness of Defendants, and each of them, Plaintiff Jiame Calderon has incurred and will continue to incur a loss of earnings and has incurred and will continue to incur expenses related to the care of his three minor children as the result of the loss of their wife and mother.

43.    As a further, direct and legal result of said negligence, carelessness and unskillfulness of the Defendants, and each of them, Plaintiffs are entitled to prejudgment interest under Code of Civil Procedure §998 and Civil Code §3291.

44.    As a direct and proximate result of the death of the Ana Calderon, Plaintiffs have incurred reasonable and necessary expenses for the Ana Calderon's funeral, burial, and memorial services to their damage in a presently unascertained sum and which will be established according to proof at trial.

<u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1.    For general damages according to proof;

2.    For special damages according to proof;

3.    For legal interest on judgment from the filing of this complaint to the date of judgment;

//

1   4.  For costs of suit;

2   5.  And, for any other and further relief as the Court deems just and proper.

3

4 DATED:   January *10*, 2017    THE TRIAL LAW OFFICES OF
                  BRADLEY I. KRAMER, M.D., ESQ.

5                  BRADLEY I. KRAMER

6                  LAW OFFICE OF RAYMOND CHANDLER
                  RAYMOND CHANDLER

7

8

9                  By _____

10                 Raymond Chandler,
                 Attorney for Plaintiffs Jiame Calderon,

11                Robert Calderon, Manuel Calderon and
                Matthew Calderon

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**



## DEPARTMENT OF HEALTH & HUMAN SERVICES

Office of the General Counsel/General Law Division
Claims Office
330 C Street, S.W.
Switzer Building, Suite 2600
Washington, D.C. 20201
Ph: (202) 691-2369
Fax: (202) 691-2035

**U. S. CERTIFIED MAIL–RETURN RECEIPT REQUESTED**
(Article No. 7006 0100 0002 1488 9387)

Bradley I. Kramer, M.D., Esq.
Kramer & Willett, LLP
8840 Wilshire Boulevard, Suite 350
Beverly Hills, California 90211

Re: **Administrative Tort Claim of Jaime Calderon**, Claim No. 2016-0520

Dear Dr. Kramer:

On July 18, 2016, you filed an administrative tort claim under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§1346(b), 2401(b), 2671-80, on behalf of your client, Jamie Calderon, alleging, *inter alia*, that, on October 14, 2015, Dr. Adanna Ikedilo and Tulare Community Health Clinic, located in Tulare, California, committed medical malpractice by negligently dissecting an artery during a tubal ligation; and, thereafter, not performing a timely and proper exploratory laparotomy to repair the artery, resulting in the death of Mrs. Calderon on October 24, 2015.

The FTCA authorizes the settlement of any claim of money damages against the United States for, *inter alia*, injury or death caused by the negligent or wrongful act or omission of any employee of the federal government, while acting within the scope of employment. Under the FTCA, said act or omission must be such that the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred. 28 U.S.C. § 2672.

This letter constitutes the notice of final determination of this administrative tort claim, as required by 28 U.S.C. §§ 2401(b), 2675(a). The administrative tort claim of Jamie Calderon is denied. The evidence fails to establish that the alleged injuries were due to the negligent or wrongful act or omission of a federal employee acting within the scope of employment.

If your client is dissatisfied with this determination, she may:

1.   file a written request with the Agency for reconsideration of the final determination denying the claim within six (6) months from the date of mailing of this determination (28 C.F.R. § 14.9); or

Page 2- Bradley I. Kramer, M.D., Esq.

2.   file suit against the United States in the appropriate federal district court within six (6) months from the date of mailing of this determination (28 U.S.C. § 2401(b)).

In the event your client requests reconsideration, the Agency will review the administrative tort claim within six (6) months from the date the request is received. If the reconsidered administrative tort claim is denied, she may file suit within six (6) months from the date of mailing of the final determination.

Sincerely yours,

William a. Biglow / KBL

William A. Biglow
Deputy Associate General Counsel
Claims and Employment Law Branch

**EXHIBIT B**

## EXHIBIT B

### DECLARATION OF BRADLEY I. KRAMER

I, BRADLEY I. KRAMER, declare as follows:

1.      I am a medical doctor and an attorney licensed to practice before the courts of the State of California and this District Court, and I am one of the attorneys representing the Plaintiffs in this action.  I have personal knowledge of the facts set forth herein, except as to those matters stated on information and belief, and as to those matters I believe them to be true. If called to testify I could and would testify competently therefore.

2.      I have extensive experience representing minors and/or individuals requiring guardians in medical negligence and wrongful death actions.  A few of the aforesaid actions are:

Gallegos v. Children's Hospital, et al.
Orange County; Case No. 30-2014-00701815
January 2014

Hawken v. Providence Health, et al.
Los Angeles, Case No. BC562275
October 2014

Freeman v. Hollywood Presbyterian, et al.
Los Angeles, Case No. BC624985
June 2016

3.      If approved by the Court I will competently and adequately represent the minors in this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January _3_ , 2017 in Los Angeles County, California.


_____
BRADLEY I. KRAMER, M.D., ESQ.

**EXHIBIT C**

## EXHIBIT C
## DECLARATION OF JIAME CALDERON

I, JIAME CALDERON, declare as follows:

1.      I am one of the Plaintiffs in this action.  I have personal knowledge of the facts set forth herein, except as to those matters stated on information and belief, and as to those matters I believe them to be true.  If called to testify I could and would testify competently therefore.

2.      I am the husband of Ana Calderon (now deceased) and the natural and legal father of the three minor Plaintiffs in this action: Anna Calderon (deceased): R      C    , M      C      and M      C    .      REDACTED

3.      I consent to the representation of the minor children by Bradley Kramer and Raymond Chandler and I am confident that they will competently and adequately represent the children.

4.      True and correct copies of the birth certificates of ·R      C, M      C  and REDACTED M      C      evidencing that I am their father are attached hereto.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January __9__, 2017 in Tulare County, California.

J. Cal

JIAME CALDERON



STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY of CONTRA COSTA

MARTINEZ, CALIFORNIA

REDACTED

## CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA
USE BLACK INK ONLY

1200307010667

STATE FILE NUMBER | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

| | | | | |
|---|---|---|---|---|
| THIS CHILD | 1A. NAME OF CHILD — FIRST (GIVEN): R | 1B. MIDDLE: E | 1C. LA[ST]: C | |
| | 2. SEX: MALE | 3A. THIS BIRTH, SINGLE, TWIN, ETC.: SINGLE | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC.: - | 4A. DATE OF BIRTH — MM/DD/CCYY: /2003 · 4B. HOUR — (24 HOUR CLOCK TIME): 0224 |
| PLACE OF BIRTH | 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY: CONTRA COSTA REGIONAL MED CTR | 5B. STREET ADDRESS — STREET, NUMBER, OR LOCATION: 2500 ALHAMBRA AVE. | | |
| | 5C. CITY: MARTINEZ | 5D. COUNTY: CONTRA COSTA | 5E. PLANNED PLACE OF BIRTH: HOSPITAL | |
| FATHER OF CHILD | 6A. NAME OF FATHER — FIRST (GIVEN): JIAME | 6B. MIDDLE: - | 6C. LAST (FAMILY): CALDERON | 7. STATE OF BIRTH: CA · 8. DATE OF BIRTH: 01/10/1977 |
| MOTHER OF CHILD | 9A. NAME OF MOTHER — FIRST (GIVEN): ANA | 9B. MIDDLE: MARIE | 9C. LAST (MAIDEN): PENA | 10. STATE OF BIRTH: CA · 11. DATE OF BIRTH: 12/01/1976 |
| INFORMANT CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 12A. PARENT OR OTHER INFORMANT — SIGNATURE: [signature] | 12B. RELATIONSHIP TO CHILD: FATHER | 12C. DATE SIGNED: /2003 |
| CERTIFICATION OF BIRTH | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR AND PLACE STATED. | 13A. ATTENDANT OR CERTIFIER — SIGNATURE — DEGREE OR TITLE: [signature] | 13B. LICENSE NUMBER: RESIDENT | 13C. DATE SIGNED: 12/02/2003 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT: SCOTT AKIN,MD,2500 ALHAMBRA AVE,MARTINEZ | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT | | |
| LOCAL REGISTRAR | 15A. DATE OF DEATH | 15B. STATE FILE NO. (STATE USE ONLY) | 16. LOCAL REGISTRAR — SIGNATURE: WENDEL BRUNNER, M.D. [signature] | 17. DATE ACCEPTED FOR REGISTRATION: 12/08/2003 |

REDACTED

*000375581*

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA } SS

This is a true and exact reproduction of the document officially registered and placed on file in the office of the CONTRA COSTA COUNTY RECORDER.

ATTEST: [signature]

DATE ISSUED: NOV 0 8 2004

[signature: Stephen L. Weir]
CONTRA COSTA COUNTY RECORDER

This copy not valid unless prepared on engraved border displaying date and signature of Deputy Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

# COUNTY of TULARE
## VISALIA, CALIFORNIA

REDACTED

## CERTIFICATE OF LIVE BIRTH
### STATE OF CALIFORNIA
### USE BLACK INK ONLY

1201454004610

| | | |
|---|---|---|
| 1A NAME OF CHILD - FIRST | 1B MIDDLE | 1C LAST |
| M | C | C |

| 2 SEX | 3A THIS BIRTH, SINGLE, TWIN, ETC | 3B IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC | 4A DATE OF BIRTH - MM/DD/CCYY | 4B HOUR - 24 HOUR CLOCK TIME |
|---|---|---|---|---|
| MALE | SINGLE | - | /2014 | 0009 |

| 5A PLACE OF BIRTH - NAME OF HOSPITAL OR FACILITY | 5D STREET ADDRESS - STREET AND NUMBER, OR LOCATION |
|---|---|
| TULARE REGIONAL MEDICAL CENTER | 869 CHERRY STREET |

| 5C CITY | 5D COUNTY |
|---|---|
| TULARE | TULARE |

| 6A NAME OF FATHER/PARENT - FIRST | 6B MIDDLE | 6C LAST | 7 BIRTHPLACE STATE/COUNTRY | 8 DATE OF BIRTH - MM/DD/CCYY |
|---|---|---|---|---|
| JIMMIE | - | CALDERON | CA | 01/10/1977 |

| 9A NAME OF MOTHER/PARENT - FIRST | 9B MIDDLE | 9C LAST - BIRTH NAME | 10 BIRTHPLACE - STATE/COUNTRY | 11 DATE OF BIRTH - MM/DD/CCYY |
|---|---|---|---|---|
| ANA | MARIE | PENA | CA | 12/01/1976 |

| | | |
|---|---|---|
| I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | 12A PARENT OR OTHER INFORMANT - SIGNATURE | *Ana Calderon* |
| | 12B RELATIONSHIP TO CHILD | MOTHER |
| | 12C DATE SIGNED MM/DD/CCYY | /2014 |
| I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR, AND PLACE STATED | 13A ATTENDANT/CERTIFIER - SIGNATURE AND DEGREE OR TITLE | *Lan Truong* |
| | 13B LICENSE NUMBER | A116188 |
| | 13C DATE SIGNED MM/DD/CCYY | 09/08/14 |
| 13D TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT | | |
| LAN THUY TRUONG, MD, 1201 CHERRY STREET, TULARE | 14 TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT | |

| 15A DATE OF DEATH - MM/DD/CCYY | 15B STATE FILE NO - STATE USE ONLY | 15 LOCAL REGISTRAR - SIGNATURE | 17 DATE ACCEPTED FOR REGISTRATION MM/DD/CCYY |
|---|---|---|---|
| | | KAREN HAUGHT, M.D. | 09/08/2014 |

REDACTED

This is a true and exact reproduction of the document officially registered
and placed on file in the office of the Tulare County Recorder.

*Roland P. Hill*

**ROLAND P. HILL**
ASSESSOR/CLERK-RECORDER
COUNTY OF TULARE

MAY 2 0 2015

DATE ISSUED

This copy not valid unless prepared on engraved border displaying date, seal and signature of the County Recorder.

*000476117*

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# CERTIFICATION OF VITAL RECORD

OFFICE OF VITAL RECORDS

# COUNTY OF TULARE

TULARE, CALIFORNIA

REDACTED

## CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA
USE BLACK INK ONLY

LOCAL REGISTRATION NUMBER 1201554005408

STATE FILE NUMBER

| | 1A. NAME OF CHILD - FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|---|
| THIS CHILD | MJ | CJ | CJ |

| 2. SEX | 3A. THIS BIRTH, SINGLE, TWIN, ETC. | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | 4A. DATE OF BIRTH - MM/DD/CCYY | 4B. HOUR - 24 HOUR CLOCK TIME |
|---|---|---|---|---|
| MALE | SINGLE | | 2015 | 0636 |

**PLACE OF BIRTH**

| 5A. PLACE OF BIRTH - NAME OF HOSPITAL OR FACILITY | 5B. STREET ADDRESS - STREET AND NUMBER, OR LOCATION |
|---|---|
| TULARE REGIONAL MEDICAL CENTER | 869 CHERRY STREET |

| 5C. CITY | 5D. COUNTY |
|---|---|
| TULARE | TULARE |

**FATHER/PARENT**

| 6A. NAME OF FATHER/PARENT - FIRST | 6B. MIDDLE | 6C. LAST | 7. BIRTHPLACE - STATE/COUNTRY | 8. DATE OF BIRTH - MM/DD/CCYY |
|---|---|---|---|---|
| JIAME | - | CALDERON | CA | 01/10/1977 |

**MOTHER/PARENT**

| 9A. NAME OF MOTHER/PARENT - FIRST | 9B. MIDDLE | 9C. LAST/ BIRTH NAME | 10. BIRTHPLACE - STATE/COUNTRY | 11. DATE OF BIRTH - MM/DD/CCYY |
|---|---|---|---|---|
| ANA | MARIE | PENA | CA | 12/01/1976 |

**INFORMANT & BIRTH CERTIFICATION**

| | 12A. PARENT OR OTHER INFORMANT - SIGNATURE | 12B. RELATIONSHIP TO CHILD | 12C. DATE SIGNED - MM/DD/CCYY |
|---|---|---|---|
| I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | Ana Calderon | MOTHER | 2015 |

| | 13A. ATTENDANT/CERTIFIER - SIGNATURE AND DEGREE OR TITLE | 13B. LICENSE NUMBER | 13C. DATE SIGNED - MM/DD/CCYY |
|---|---|---|---|
| I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR, AND PLACE STATED. | A. Pang | G65767 | 10/20/15 |

| 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT |
|---|---|
| KIN PANG, MD, 1101 CHERRY STREET, TULARE | |

**LOCAL REGISTRAR**

| 15A. DATE OF DEATH - MM/DD/CCYY | 15B. STATE FILE NO. - STATE USE ONLY | 16. LOCAL REGISTRAR - SIGNATURE | 17. DATE ACCEPTED FOR REGISTRATION - MM/DD/CCYY |
|---|---|---|---|
| | | KAREN HAUGHT, M.D. | 10/22/2015 |

REDACTED

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF TULARE
This is a true and exact reproduction of the document officially registered and placed on file in the VITAL STATISTICS OFFICE, COUNTY OF TULARE HEALTH AND HUMAN SERVICE AGENCY.

DATE ISSUED — FEB 22 2016



Karen Haught
Karen Haught, M.D., M.P.H., Tulare County Health Officer
Registrar of Vital Statistics

This copy is not valid unless prepared on an engraved border, displaying date, seal and signature of the County Health Officer.

*000327063*

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

JS 44 (Rev. 12/12)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Calderon, Jiame; C, R a minor; C, M a minor; C, M a minor | Ikedilo, Adanna, MD; Tulare Regional Medical Center (U. S. DHHS) |

| (b) County of Residence of First Listed Plaintiff    Tulare | County of Residence of First Listed Defendant    Tulare |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| The Trial Law Offices of Bradley I. Kramer 8840 Wilshire Blvd., Suite 350 Beverly Hills, CA 90211 (310) 289-2600 (see attachment) | Unknown |

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☒ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

| VI. CAUSE OF ACTION | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*    38 USC 7316 |
|---|---|
| | Brief description of cause:    Wrongful death due to medical malpractice |

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ $1,000,000.00 | CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | *(See instructions):*    JUDGE | DOCKET NUMBER |
|---|---|---|

| DATE   1-10-17 | SIGNATURE OF ATTORNEY OF RECORD   *Brad Chandler* |
|---|---|

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

ATTACHMENT TO CIVIL CASE COVER SHEET

Case: Calderon et al. v. Ikedilo, et al.

1(c) <u>Attorneys. Plaintiff</u>

The Law Office of Raymond Chandler
15 W. Carrillo Street, Suite 220
Santa Barbara, CA 93101
805-965-1999