UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAME CALDERON, *et al.*, | **NEW CASE NO. 1:17-cv-0040-BAM** |
| Plaintiffs, | ORDER ASSIGNING CASE RE PRESIDING JUDGE |
| v. | |
| TULARE REGIONAL MEDICAL CENTER., *et al.*, | Old Case No.1:17-cv-0040-DAD-BAM |
| Defendants. | |

All parties in the above-captioned case have consented to magistrate judge jurisdiction over this action for all purposes, including trial and entry of final judgment, pursuant to 28 U.S.C. §636(c)(1). (Doc. Nos. 7, 11, 12.)[1] Accordingly, the court reassigns this action to the docket of United States Magistrate Judge Barbara A. McAuliffe for all further proceedings, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents filed in this action.

All future pleadings shall be numbered as follows:

**1:17-cv-0040-BAM**

IT IS SO ORDERED.

Dated:   **April 14, 2017**

                                                           UNITED STATES DISTRICT JUDGE

---

[1] In light of the Notice of Substitution substituting the United States as a defendant in this action in place of Adanna Ikedilo, M.D., the latter is no longer a proper defendant in this action. (Doc. No 9.)

1