UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAME CALDERON, an individual; RC, a minor child; MC, a minor child; and MC, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>ADANNA IKEDILO, M.D., TULARE REGIONAL MEDICAL CENTER and UNITED STATES OF AMERICA,<br><br>Defendants.<br>_____/ | Case No. 1:17-cv-0040-BAM<br><br>**ORDER TO RECAPTION CASE** |

Following Defendant's Notice of Substitution indicating that the United States is the proper defendant in this action in place of Adanna Ikedilo, M.D., Defendant Adanna Ikedilo, M.D. is no longer a party to this case, and the case should be re-captioned. Accordingly, the caption for this case shall be amended as follows:

/././

/././

/././

/././

1

| | |
|---|---|
| JIAME CALDERON, an individual; RC, a minor child; MC, a minor child; and MC, a minor child, | Case No. 1: 17-cv-0040-BAM |
| Plaintiffs, | |
| v. | |
| TULARE REGIONAL MEDICAL CENTER and UNITED STATES OF AMERICA, | |
| Defendants. | |

IT IS SO ORDERED.

Dated: __April 18, 2017__      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE