UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAME CALDERON, an individual; RC, a minor child; MC, a minor child; and MC, a minor child, | Case No. 1:17-cv-0040-BAM |
| Plaintiffs, | ORDER STAYING ALL PROCEEDINGS IN THIS MATTER AGAINST DEFENDANT TULARE REGIONAL MEDICAL CENTER |
| v. | |
| TULARE REGIONAL MEDICAL CENTER and UNITED STATES OF AMERICA, | DIRECTING THE OTHER PARTIES TO SUBMIT STATUS REPORT |
| Defendants. | STATUS REPORT DUE: October 18, 2017 |
| _____ / | |

This action was filed on January 11, 2017, against Defendants the United States of America and Tulare Regional Medical Center. (Doc. 1). On October 3, 2017, Defendant Tulare Regional Medical Center filed a notice of automatic stay. (Doc. 20).

Pursuant to 11 U.S.C. § 362(a) all actions against a defendant who has filed a bankruptcy petition are automatically stayed once the petition is filed. *Sternberg v. Johnston*, 559 F.3d 937, 943 (9th Cir. 2010). However, a suit against a co-defendant is not automatically stayed by the debtor's bankruptcy filing. *In re Miller*, 262 B.R. 499, 503 (9th Cir. 2001). Accordingly, all proceedings in this matter against Defendant Tulare Regional Medical Center are HEREBY STAYED pursuant to Section 362(a).

It is FURTHER ORDERED that the other parties shall each file a status report indicating whether the automatic stay impacts the scheduling order in this case within fourteen (14) days of the date of service of this order.

IT IS SO ORDERED.

Dated: __October 4, 2017__          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

1