| | |
|---|---|
| JIAME CALDERON, individually and as guardian ad litem for RC, a minor child; MC, a minor child; and MC, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; TULARE REGIONAL MEDICAL CENTER; LUIS A. SANCHEZ, D.O., MARISSA DOMINGUEZ (as nominal defendant); TITO DOMINGUEZ (as nominal defendant); and DAMIEN DOMINGUEZ (as nominal defendant),<br><br>Defendants. | Case No. 1:17-cv-00040-BAM<br><br>ORDER REGARDING STIPULATION TO FILE THIRD AMENDED COMPLAINT FOR WRONGFUL DEATH TO: 1. CORRECT SPELLING OF NAME AND 2. CHANGE CAPTION TO CONFORM TO COURT ORDER<br><br>(Doc. 79) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On December 6, 2018, Plaintiffs Jiame Calderon and minor children RC, MC and MC, through their guardian ad litem Jiame Calderon ("Plaintiffs") and Defendants United States of America, Tulare Regional Medical Center and Luis A. Sanchez, D.O. ("Defendants") filed a stipulation to permit Plaintiffs to serve and file a Third Amended Complaint to correct the spelling of a nominal defendant's name and to conform the caption to the Court's December 3, 2018 order. (Doc. 79.)

Pursuant to the stipulation, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs shall file and serve a Third Amended Complaint for the purpose of making the following corrections to the Second Amended Complaint:

1. The first name of nominal defendant Damian Dominguez shall be changed to the correct spelling, from Dami**e**n to Dami**a**n;

2. The caption shall be changed to conform to the Court's December 3, 2018 Order Directing Clerk to Amend Caption;

3. In all other respects, the Third Amended Complaint shall remain identical to the Second Amended Complaint; and

4. Defendants shall not file an Answer to the Third Amended Complaint. Defendants' Answers to the First Amended Complaint shall remain the operative Answers in this action.

IT IS SO ORDERED.

Dated: **December 7, 2018**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE