| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAME CALDERON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TULARE REGIONAL MEDICAL CENTER, et al.,<br><br>　　　　　Defendants. | No. 1:17-cv-00040-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. Nos. 89, 92) |

Plaintiff Jiame Calderon is proceeding individually and as guardian ad litem for three minor plaintiffs—RC, MC, and MC—in this wrongful death action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 11, 2019, plaintiffs filed a motion for default judgment against nominal defendants Marissa Dominguez, Damian Dominguez, and Tito Dominguez. (Doc. No. 89.) On March 14, 2019, the assigned magistrate judge issued findings and recommendations, recommending that plaintiffs' motion be granted, and that default judgment be entered in favor of plaintiffs and against the nominal defendants in the amount of $0.00. (Doc. No. 92.) The parties were provided fourteen days in which to file objections to the findings and recommendations. (*Id.*) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on March 14, 2019 (Doc. No. 92) are adopted in full;
2. Plaintiffs' motion for default judgment (Doc. No. 89) is granted;
3. Judgment is entered in favor of plaintiffs Jiame Calderon, individually and as guardian ad litem for minor children RC, MC, and MC, and against nominal defendants Marissa Dominguez, Damian Dominguez, and Tito Dominguez in the amount of $0.00; and
4. The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **April 17, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE