UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAME CALDERON, an individual; RC, a minor child; MC, a minor child; MC, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>ADANNA IKEDILO, M.D., et al.,<br><br>Defendants. | Case No. 1:17-cv-00040--BAM<br><br>**ORDER RE PRETRIAL STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS TULARE REGIONAL MEDICAL CENTER**<br><br>(Doc. No. 96) |

Pursuant to the parties' pretrial stipulation filed on July 12, 2019, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. That Plaintiffs shall not contend at mediation, pretrial conference, trial or for any other purpose in this action that TRMC's non-physician staff, including TRMC's nursing staff, was professionally negligent in their care and treatment of Decedent Ana Calderon;

2. That TRMC shall not designate a nursing standard of care expert in its expert disclosure on August 2, 2019;

3. That Plaintiffs' contention that at the time that Defendant Luis A. Sanchez, D.O., provided medical care and treatment to Decedent Ana Calderon at TRMC, Dr. Sanchez was acting as the ostensible agent of TRMC shall be the only issue that Plaintiffs may assert against

TRMC at mediation, pretrial conference, trial or for any other purpose in this action; and

4. This stipulation does not affect any rights or defenses that Defendant Luis A. Sanchez, D.O. may assert.

IT IS SO ORDERED.

Dated: **July 15, 2019**     /s/ *Barbara A. McAuliffe*
                             UNITED STATES MAGISTRATE JUDGE