UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAME CALDERON, an individual; RC, a minor child; MC, a minor child; MC, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>ADANNA IKEDILO, M.D., et al.,<br><br>Defendants. | Case No. 1:17-cv-00040--BAM<br><br>**ORDER RE PRETRIAL STIPULATION REGARDING INFORMATION CONTAINED IN BATES NUMBERED PAGES 145, 476 AND 479 OF ANA CALDERON'S MEDICAL RECORDS FROM TULARE REGIONAL MEDICAL CENTER**<br><br>(Doc. No. 106) |

Pursuant to the parties' "Pretrial Stipulation Regarding Information Contained in Bates Numbered Pages 145, 476 and 479 of Ana Calderon's Medical Records from Tulare Regional Medical Center" (the "Stipulation") filed on November 6, 2019, IT IS HEREBY ORDERED:

1. The parties' stipulation as to the following facts for all purposes in this action is approved;

2. True and correct copies of TRMC 145, 476 and 479 are attached to the Stipulation. (Doc. No. 106.) These pages shall be admitted into evidence at the trial of this case without need of further foundation and without hearsay objections. The applicable custodian of records declaration of Diana Leal of Tulare Regional Medical Center ("TRMC") and the affidavit of Quest Discovery Services Professional Photocopier are also attached to the Stipulation;

1

3. The "staff signatures" on TRMC 145 are those of TRMC staff nurse, Princess Milan, R.N., signed on October 14, 2015 at 8:27 a.m., and TRMC staff nurse, Karen Fish, R.N., signed on October 14, 2015 at 9:00 a.m.;

4. The signature on TRMC 476 is that of Ana Calderon;

5. The witness signature on TRMC 476 is that of Princess Milan, R.N., a TRMC staff nurse at the time;

6. Ana Calderon signed TRMC 476 at 8:27 a.m. on October 14, 2015 in the presence of Princess Milan, R.N.; and

7. The initials on TRMC 479 are those of Plaintiff Jiame Calderon; and

8. The parties' joint pretrial statement shall address the foregoing stipulated facts as appropriate pursuant to Local Rule 281.

IT IS SO ORDERED.

Dated: **November 7, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE