# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAME CALDERON, an individual and as guardian ad litem for RC, a minor child; MC, a minor child; and MC, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; TULARE REGIONAL MEDICAL CENTER; LUIS A. SANCHEZ, D.O., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:17-cv-00040-BAM<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE<br><br>Date: May 7, 2020<br>Time: 10:00 AM<br>Dept: 8 (BAM) |

On April 8, 2020, the Court held a pretrial conference in this action. Counsel Raymond Chandler and James Hudgens appeared by telephone on behalf of Plaintiffs Jiame Calderon, an individual and as guardian ad litem for, RC, a minor child; MC, a minor child; and MC, a minor child ("Plaintiffs"). Counsel Jeffrey Lodge and Philip Scarborough, along with Lynn Ernce, appeared by telephone on behalf of Defendant United States of America. Counsel Dennis Thelen and Alan Mish appeared by telephone on behalf of Defendant Luis A. Sanchez, D.O.

This matter is currently set for trial on June 16, 2020. In light of the national, regional and local public health emergency posed by the coronavirus (COVID-19) outbreak and evolving measures to manage the spread of the virus and limit the potential for the illness and death it can cause, the Court hereby sets a TELEPHONIC STATUS CONFERENCE on **May 7, 2020, at**

1

| | |
|---|---|
| 1 | **10:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The |
| 2 | purpose of the conference is to address whether the trial shall proceed as currently scheduled |
| 3 | based on circumstances presented by the COVID-19 outbreak. The parties shall appear at the |
| 4 | conference by telephone with each party using the following dial-in number and access code: |
| 5 | **dial-in number 1-877-411-9748; access code 3219139**. If the matter is subsequently converted |
| 6 | to a videoconference, then the parties will be notified of the procedures for appearing at the |
| 7 | videoconference. |

IT IS SO ORDERED.

Dated: **April 8, 2020**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE