# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAME CALDERON, an individual and as guardian ad litem for RC, a minor child; MC, a minor child; and MC, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; TULARE REGIONAL MEDICAL CENTER; LUIS A. SANCHEZ, D.O., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:17-cv-00040-BAM<br><br>ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE<br><br>Hearing Date: May 19, 2020<br>Time: 9:00 AM<br>Dept: 8 (BAM) |

On April 8, 2020, the Court held a pretrial conference in this action. Counsel Raymond Chandler and James Hudgens appeared by telephone on behalf of Plaintiffs Jiame Calderon, an individual and as guardian ad litem for, RC, a minor child; MC, a minor child; and MC, a minor child ("Plaintiffs"). Counsel Jeffrey Lodge and Philip Scarborough, along with Lynn Ernce, appeared by telephone on behalf of Defendant United States of America. Counsel Dennis Thelen and Alan Mish appeared by telephone on behalf of Defendant Luis A. Sanchez, D.O. Trial is set for June 16, 2020.

During the pretrial conference, the Court and parties discussed disputed issues identified in the Joint Pretrial Statement. As agreed at the conference, the parties will, as necessary, brief the following issues for the Court's consideration: (1) Defendant United States' position

1

regarding the order and timing of the jury verdict and the Court's issuance of findings of fact and conclusions of law; (2) Plaintiffs' request for a *res ipsa loquitur* jury instruction; and (3) Plaintiffs' position that they should be allowed to inform the jury of the MICRA cap for non-economic damages of $250,000.

Opening briefs from the respective parties shall be filed on or before **April 22, 2020**. Any opposition or statement of non-opposition shall be filed on or before **May 6, 2020**. Optional replies must be filed no later than **May 13, 2020**. Briefing should be direct, concise and to the point on the particular issues. A hearing is set for **May 19, 2020, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties are encouraged to appear at the hearing by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.

IT IS SO ORDERED.

Dated: __**April 8, 2020**__        /s/ *Barbara A. McAuliffe*
                           UNITED STATES MAGISTRATE JUDGE